UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. DUSTIN, | No. C-13-5822 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| CONNIE GIPSON, Warden; *et al.*, | |
| Defendants. | |

Plaintiff, an inmate at the Corcoran State Prison, filed this *pro se* civil action, complaining of events and omissions that occurred at that prison. Corcoran State Prison is in Kings County, which is within the venue of the Eastern District of California. The dozens of defendants apparently reside in the Eastern District, as they are employed at Corcoran State Prison or at Kern Valley State Prison in Kern County (which also is located within the Eastern District of California). No defendant is alleged to reside in the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: May 16, 2014

_____
EDWARD M. CHEN
United States District Judge