1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   DALE OWEN DUSTIN,                          1:14-cv-00757-DLB (PC)

12              Plaintiff,
                                                ORDER DENYING MOTION FOR
13        v.                                    APPOINTMENT OF COUNSEL

14   CONNIE GIPSON, et al.,                     (Document# 4)

15              Defendants.

16
          On December 16, 2013, plaintiff filed a motion seeking the appointment of counsel.
17
     Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland,
18
     113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent
19
     plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for the
20
     Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However, in certain
21
     exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to
22
     section 1915(e)(1).  Rand, 113 F.3d at 1525.
23
          Without a reasonable method of securing and compensating counsel, the court will seek
24
     volunteer counsel only in the most serious and exceptional cases.  In determining whether
25
     "exceptional circumstances exist, the district court  must evaluate both the likelihood of success
26
     of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the
27
     complexity of the legal issues involved."  Id. (internal quotation marks and citations omitted).
28
                                                1

1    In the present case, the court does not find the required exceptional circumstances. Even

2 if it is assumed that plaintiff is not well versed in the law and that he has made serious allegations

3 which, if proved, would entitle him to relief, his case is not exceptional. This court is faced with

4 similar cases almost daily. Further, at this early stage in the proceedings, the court cannot make a

5 determination that plaintiff is likely to succeed on the merits, and based on a review of the record

6 in this case, the court does not find that plaintiff cannot adequately articulate his claims. Id.

7    For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY

8 DENIED, without prejudice.

9
IT IS SO ORDERED.
10

11    Dated:    **May 21, 2014**                    /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28