# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GIPSON, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00757 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER VENUE<br><br>(Document 24) |

　　　　Plaintiff Dale Owen Dustin ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action was transferred to this Court on May 16, 2014.

　　　　On June 9, 2014, the Court dismissed his complaint with leave to amend.  Plaintiff has not yet filed an amended complaint, though the time for filing an amended complaint has not yet passed.

　　　　On June 11, 2014, Plaintiff filed a document in which he requests that the Court "rescind or reverse" the May 16, 2014, order transferring this action from the Northern District of California to this Court.

1

1   While a motion to transfer venue may be brought pursuant to 28 U.S.C. § 1404, there is no
2  operative complaint in this action.  Accordingly, the Court cannot make a determination as to
3  whether venue in this district is correct.  Plaintiff's motion is therefore DENIED.

IT IS SO ORDERED.

   Dated:   **June 18, 2014**                                /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE