# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>GIPSON, et al.,<br><br>  Defendants. | Case No. 1:14-cv-00757 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR ADDITIONAL TIME AS MOOT<br><br>(Documents 43 and 46) |

Plaintiff Dale Owen Dustin ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action was transferred to this Court on May 16, 2014.

Plaintiff filed his First Amended Complaint on December 31, 2014.

On December 12, and December 29, 2014, Plaintiff filed motions in which he appears to request additional time to file an amended complaint. As Plaintiff has filed his First Amended Complaint, the motions are DENIED AS MOOT.

IT IS SO ORDERED.

  Dated:  **January 7, 2015**             /s/ *Dennis L. Beck*
                          UNITED STATES MAGISTRATE JUDGE