# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>GIPSON, et al.,<br><br>  Defendants. | Case No. 1:14-cv-00757 AWI DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR STATUS<br><br>(Document 48) |

Plaintiff Dale Owen Dustin ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action was transferred to this Court on May 16, 2014. Plaintiff filed his First Amended Complaint on December 31, 2014.

On January 5, 2015, Plaintiff filed a motion in which he requests that the Court confirm receipt of his amended complaint. Plaintiff is advised that the Court does not generally offer status updates. In this instance, Plaintiff's First Amended Complaint was filed on December 31, 2014, and it will be screened in due course. As long as Plaintiff keeps his address updated with the Court, he will be informed of any actions taken in this proceeding.

IT IS SO ORDERED.

Dated: **January 7, 2015**         /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE

1