# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIPSON, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00757-AWI-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S<br>IN FORMA PAUPERIS STATUS<br>ON APPEAL<br><br>(Document 66) |

　　　Plaintiff Dale Owen Dustin ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed a notice of appeal on August 17, 2015. On August 18, 2015, the Ninth Circuit referred the appeal to this Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal, or whether the appeal is frivolous or is taken in bad faith. 28 U.S.C. § 1915(a)(3).

　　　Plaintiff's appeal is frivolous and is not taken in good faith. Accordingly, the Court finds that Plaintiff's in forma pauperis status should not continue on appeal.

IT IS SO ORDERED.

Dated:　August 25, 2015　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1